IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

GERALDINE M. EVANS,           )
           )
      Plaintiff,         )   TC-MD 150348N
           )
   v.           )
           )
DEPARTMENT OF REVENUE,    )
State of Oregon,          )
           )
      Defendant.     )   **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered September 1, 2015. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. See TCR MD 16 C(1).

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was held in this matter on July 22, 2015. During that case management conference, Plaintiff agreed to provide the court and Defendant with written notice of whether she intended to continue this appeal within 14 days. The court issued a Journal Entry, dated July 24, 2015, which reiterated that Plaintiff would provide written notice to the court and Defendant if she wished to continue this appeal. The court did not receive Plaintiff's written notice or any further communication from Plaintiff.

On August 13, 2015, the court issued its Order directing Plaintiff to file written notice of whether she intended to continue this appeal. The court explained that if Plaintiff failed to comply with the courts Order within 14 days, the appeal would be dismissed.

Plaintiff's written notice was due on August 27, 2015. That deadline has passed and the

court has not received Plaintiff's written notice or any further communication from Plaintiff. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ___ day of September 2015.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on September 18, 2015*